# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PATRICIA WALKER, Individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No.: 1:12-cv-00654-AT ) |
| VITAL RECOVERY SERVICES, INC., VITAL SOLUTIONS, INC. and CHRISTOPHER J. SHULER, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Patricia Walker, by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-styled action prior to the service of any answer or any motion for summary judgment.

[signatures on following page]

Dated: March 29, 2012.

                          <u>s/ Joshua A. Millican</u>
                          Joshua A. Millican
                          Georgia Bar No. 508998
                          LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
                          The Grant Building, Suite 607
                          44 Broad Street, N.W.
                          Atlanta, Georgia 30303
                          Telephone: (404) 522-1152
                          Facsimile: (404) 522-1133
                          joshua.millican@lawofficepc.com


                          Lisa T. Millican
                          Georgia Bar No. 309046
                          GREENFIELD MILLICAN, P.C.
                          The Grant Building, Suite 607
                          44 Broad Street, N.W.
                          Atlanta, Georgia 30303
                          Telephone: (404) 522-1122
                          Facsimile: (404) 522-1133
                          lisa.millican@lawofficepc.com

                          **Counsel for Plaintiff**